UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTHA LUISA ALMANZA      :      Case No.      5-21-bk-01362
            Debtor      :      Chapter:      7


MARTHA LUISA ALMANZA      :
            Movant      :
                 :
     v.      :
                 :
AMOS FINANCIAL, LLC and      :
JOHN J. MARTIN, TRUSTEE      :
            Respondents      :

**CERTIFICATION IN OPPOSITION TO THE MOVANT'S MOTION TO AVOID JUDGMENT LIEN**

     I, KARL MEYER, having been first sworn according to law deposes and states the following:

     1.      I am an adult individual over the age of 18. I am Associate in-house counsel for the Respondent Amos Financial, LLC, (hereinafter referred to as "Amos"), and am authorized to make this Certification on its behalf.

     2.      The Debtor, Martha Luisa Almanza, (hereinafter referred to as the "Debtor"), filed for relief pursuant to Chapter 7 of the United States Bankruptcy Code by filing a Voluntary Petition on or about June 17, 2021.

     3.      The Debtor is the owner of a piece and parcel of real estate commonly known as 205 Spicebush Drive, East Stroudsburg, Monroe County, Pennsylvania, (hereinafter referred to as the "Premises").

     4.      Prior to the commencement of the above-captioned bankruptcy proceeding, Amos obtained a judgment against the Debtor in the amount of $128,924.70, (hereinafter referred to as the "Judgment").

     5.      The Judgment acts as a judgment lien against the Premises.

6.      The Debtor avers the existence of a first mortgage against the Premises with a date of filing balance of $154,882.68.

7.      The Debtor avers that the Premises has a fair market value of $205,000.00.

8.      Based upon the foregoing averments the Debtor has claimed an exemption of $25,058.66 in the Premises pursuant to 11 U.S.C. s. 522(d)(1).

9.      Based upon the foregoing averments the Debtor avers that she has no equity in the Premises in excess of the value exempted pursuant to 11 U.S.C. s. 522(d)(1) (*i.e.* $205.000.00 - $154,882.68 = $50,117.32 in equity)/2 (co-owned with estranged husband) = $25,058.66 (claimed exemption).

10.      The undersigned obtained a Comparative Market Analysis from a licensed Real Estate Agent showing that the value of the Premises is $240,000.00.  A true and correct copy of this Comparative Market Analysis is attached hereto as Exhibit "A" and is incorporated herein by reference.

11.      To the extent the fair market value of the Premises exceeds $205,000.00 the Judgment does not impair an exemption.

12.      As such, to the extent the fair market value of the Premises exceeds $205,000.00 the Debtor's Motion to Avoid Judgment Lien should be denied.

13.      Simultaneously with the filing of this Opposition, Amos is serving a Notice pursuant to Federal Rule of Civil Procedure 26(b) and Federal Rule of Bankruptcy Procedure 7026 of its inspect the Premises and the dwelling erected thereon for the purpose of conducting a formal appraisal to determine the fair market value thereof.

14.    I realize that if any information contained herein is intentionally false I am subject to punishment.

Respectfully Submitted:

Karl Myer

# Comparable Market Analysis

## 205 SPICEBUSH DR, EAST STROUDSBURG , PA, 18301

**Prepared for 205 SPICEBUSH DR EAST STROUDSBURG PA 18301—Tuesday, August 10, 2021**



Colleen A Weissman, CRS, CNE
Berkshire Hathaway Home Services Preferred Properties
721 S State St
Clarks Summit, PA 18411
570-604-2335
CCWREO@gmail.com

License #: RS285514

**COMMENTS**

PLEASE SEE ESTIMATED VALUE BASED ON CONDITION

*THIS ANALYSIS HAS NOT BEEN PERFORMED IN ACCORDANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE WHICH REQUIRES VALUERS TO ACT AS UNBIASED, DISINTERESTED THIRD PARTIES WITH IMPARTIALITY, OBJECTIVITY AND INDEPENDENCE AND WITHOUT ACCOMMODATION OF PERSONAL INTEREST. IT IS NOT TO BE CONSTRUED AS AN APPRAISAL AND MAY NOT BE USED AS SUCH FOR ANY PURPOSE.*

# Map of Subject And Comparable Properties



| | Address | MLS # | Status | Distance from Subject |
|---|---|---|---|---|
| Subject | 205 SPICEBUSH DR , EAST STROUDSBURG PA 18301 | | | |
| 1 | 300 Spicebush Dr , East Stroudsburg PA 18301 | PM-79140 | Closed | 0.22m |
| 2 | 214 Leland Terrace , East Stroudsburg PA 18301 | PM-78946 | Closed | 0.89m |
| 3 | 258 Spicebush Dr , East Stroudsburg PA 18301 | PM-86084 | Closed | 0.19m |
| 4 | 207 Park Ln , East Stroudsburg PA 18301 | PM-89519 | Pending | 0.68m |
| 5 | 228 Glenoak Dr , East Stroudsburg PA 18301 | PM-88084 | Pending | 0.80m |
| 6 | 133 Summerton Cir , East Stroudsburg PA 18301 | PM-89472 | Pending | 1.26m |

# Subject

| Address | 205 SPICEBUSH DR , EAST STROUDSBURG , PA 18301 |
|---|---|
| Bedrooms Total | 4 |
| Bathrooms Total | 2.5 |
| Tot SF Fin +/- | 1944 |
| Lot/Land Dimensions | |
| Lot Size Acres | .50 |
| Year Built | 2000 |
| Auction | |

# Comparable Properties

|  | Subject | PM-79140 | PM-78946 | PM-86084 |
|---|---|---|---|---|
|  |  |  |  |  |
|  | 205 SPICEBUSH DR EAST STROUDSBURG PA 18301 | 300 Spicebush Dr East Stroudsburg PA | 214 Leland Terrace East Stroudsburg PA | 258 Spicebush Dr East Stroudsburg PA |
| Distance From Subject |  | 0.22 | 0.89 | 0.19 |
| List Price |  | $183,500 | $189,000 | $229,500 |
| Original List Price |  | $183,500 | $189,000 | $229,500 |
| Sold Price |  | $185,000 | $196,000 | $240,000 |
| Status |  | Closed | Closed | Closed |
| Status Date |  | 08/30/2020 | 10/23/2020 | 05/28/2021 |
| Agent Days on Market |  | 7 | 7 | 16 |
| Cumulative Days on Market |  | 7 | 7 | 16 |
| **Adjustment** |  | +/- | +/- | +/- |
| Bedrooms Total | 4 | 3 | 3 | 4 |
| Bathrooms Total | 2.5 | 2 | 2 | 3 |
| Tot SF Fin +/- | 1,944 | 1,984 | 1,875 | 1,963 |
| Lot/Land Dimensions |  |  |  |  |
| Lot Size Acres | 0.5 | 0.35 | 0.57 | 0.35 |
| Year Built | 2000 | 2001 | 2001 | 1999 |
| Auction |  |  |  |  |
| **Adjusted Price** | **$240000** | **$185,000** | **$196,000** | **$240,000** |

|  | Subject | PM-89519 | | PM-88084 | | PM-89472 | |
|---|---|---|---|---|---|---|---|
|  |  |  | | | |  | |
|  | 205 SPICEBUSH DR EAST STROUDSBURG PA 18301 | 207 Park Ln East Stroudsburg PA | | 228 Glenoak Dr East Stroudsburg PA | | 133 Summerton Clr East Stroudsburg PA | |
| Distance From Subject |  | 0.68 | | 0.80 | | 1.26 | |
| List Price |  | $275,000 | | $299,900 | | $225,000 | |
| Original List Price |  | $275,000 | | $349,000 | | $225,000 | |
| Sold Price |  | | | | | | |
| Status |  | Pending | | Pending | | Pending | |
| Status Date |  | 07/20/2021 | | 07/20/2021 | | 07/13/2021 | |
| Agent Days on Market |  | 6 | | 49 | | 5 | |
| Cumulative Days on Market |  | 6 | | 49 | | 5 | |
| **Adjustment** |  |  | +/- |  | +/- |  | +/- |
| Bedrooms Total | 4 | 3 | | 4 | | 3 | |
| Bathrooms Total | 2.5 | 3 | | 3 | | 3 | |
| Tot SF Fin +/- | 1,944 | 1,920 | | 1,948 | | 1,987 | |
| Lot/Land Dimensions |  | | | | | | |
| Lot Size Acres | 0.5 | 1.03 | | 1.04 | | 0.57 | |
| Year Built | 2000 | 1994 | | 2001 | | 1999 | |
| Auction |  | | | | | | |
| **Adjusted Price** | **$240000** | **$275,000** | | **$299,900** | | **$225,000** | |

# Price Analysis

## List, Sold and Adjusted Prices
### Closed Listings



## Low, Average, Median, and High Sold Prices
### Closed Listings



## Summary of Closed Listings

| MLS # | Address | List Price | ADOM | CDOM | Sold Date | Sold Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|---|
| PM-79140 | 300 Spicebush Dr, East Stroudsburg PA | $183,500 | 7 | 7 | 08/24/2020 | $185,000 | - | $185,000 |
| PM-78946 | 214 Leland Terrace, East Stroudsburg PA | $189,000 | 7 | 7 | 10/22/2020 | $196,000 | | $196,000 |
| PM-86084 | 258 Spicebush Dr, East Stroudsburg PA | $229,500 | 16 | 16 | 05/28/2021 | $240,000 | - | $240,000 |

## Summary of Pending Listings

| MLS # | Address | Orig. List Price | ADOM | CDOM | List Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|
| PM-89519 | 207 Park Ln, East Stroudsburg PA | $275,000 | 6 | 6 | $275,000 | - | $275,000 |
| PM-88084 | 228 Glenook Dr, East Stroudsburg PA | $349,000 | 49 | 49 | $299,900 | - | $299,900 |
| PM-89472 | 133 Summerton Cir, East Stroudsburg PA | $225,000 | 5 | 5 | $225,000 | - | $225,000 |

## Low, Average, Median, and High Comparisons

| | Closed | Pending | Overall |
|---|---|---|---|
| Low | $185,000 | $225,000 | $185,000 |
| Average | $207,000 | $266,633 | $236,817 |
| Median | $196,000 | $275,000 | $232,500 |
| High | $240,000 | $299,900 | $299,900 |

## Overall Market Analysis (Unadjusted)

| Status | # | List Vol. | Avg. List Price | Sold Vol. | Avg. Sold Price | Avg. Sale/List Price | Avg. Tot SF Fin +/- | Avg. List $/Tot SF Fin +/- | Avg. Sold $/Tot SF Fin +/- | Avg. ADOM | Avg. CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 3 | 602,000 | 200,667 | 621,000 | 207,000 | 1.03 | 1,941 | 103.40 | 106.68 | 10 | 10 |
| Pending | 3 | 799,900 | 266,633 | 0 | 0 | 0.00 | 1,952 | 136.81 | 0.00 | 20 | 20 |
| Overall | 6 | 1,401,900 | 233,650 | 621,000 | 207,000 | 1.03 | 1,946 | 120.10 | 106.68 | 15 | 15 |

**SELECTION CRITERIA FOR COMPARABLE PROPERTIES**

**Specified listings from the following search:** Property type Residential; Inside 1.00 mi. radius search from 215 Spicebush Dr, East Stroudsburg, PA 18301, USA; Inside 2.00 mi. radius search from 215 Spicebush Dr, East Stroudsburg, PA 18301, USA; Status of 'Active', 'Pending'; SqFt Above Grade Fin between 1700 and 2200; Under Contract Date between '08/10/2020' and '08/10/2031'.

# Listing Price Recommendation

| | |
|---|---|
| Low | $230,000 |
| High | $250,000 |
| Recommended | $240,000 |

Provided as a courtesy of
**Colleen A Weissman, CRS, CNE**
**Berkshire Hathaway Home Services Preferred Properties**
721 S State St
Clarks Summit, PA 18411
Office - (570) 604-2335
Mobile - (570) 604-2335
CCWREO@gmail.com

License #: RS285514



©2020 Copyright PMAR

## Address Information

| | | | |
|---|---|---|---|
| **Short Address** | 300 Spicebush Dr | **Street Number** | 300 |
| **Street Name** | Spicebush | **Street Suffix** | Dr |
| **City (Post Office)** | East Stroudsburg | **State/Province** | PA |
| **Zip Code** | 18301 | **Geo Lat** | 41.043372 |
| **Geo Lon** | -75.237857 | | |

## Listing & Location Information

| | | | |
|---|---|---|---|
| **County** | Monroe | **Municipality/ Twnshp** | Stroud Township |
| **Listing Office Code** | KLRW | **Original List Price** | 183,500.00 |
| **List Price** | 183,500.00 | **Will Lease** | No |
| **Location/ Developmnt** | Penn Estates | **Tax ID Number** | 17639201297471 |
| **Deed Book/Page** | 2464/6312 | **General Zoning** | Resi |
| **School District** | Stroudsburg Area | | |

## Property Information

| | | | |
|---|---|---|---|
| **Property Type** | Residential | **Type of Ownership** | Fee Simple w/HOA |
| **Book Section** | Residential | **Realtor.com Type** | Residential - Single Family |
| **Year Built** | 2001 | **Year Built Qualifier** | Actual |
| **SqFt Above Grade Fin** | 1,984.00 | **SqFt Below Grade Fin** | 0.00 |
| **SqFt Below Grade Unf** | 0.00 | **SqFt Above Grade Unf** | 0.00 |
| **Total SqFt Finished** | 1,984.00 | **Total SqFt.** | 1,984.00 |
| **Total Bed Rms** | 3.00 | **Total Full Baths** | 1.00 |
| **Total Half Baths** | 1.00 | **Total All Baths** | 2.00 |
| **Stories** | 2.00 | **Total Rms** | 6.00 |
| **Bsmt** | N | **Frpl** | Y |
| **Fam Rm** | N | **Gar** | Y |
| **Gar #Cars** | 2.00 | **Total Acres** | 0.35 |

## Directions & Remarks

| | | | |
|---|---|---|---|
| **Fore** | N | **Directions** | From Hallet Rd entrance of Penn Estates, take Penn Estates Drive to first R on Greenbriar, R on Pasquin, R on Spicebush. House on R. |
| **Public Remarks** | Beautiful 2-story home w/lots of quality upgrades throughout incl. some hardwood floors, fireplace w/marble surround, 6 panel doors & more. Gorgeous kitchen w/granite tops & stainless steel appliances. The living room is large enough to create 2 'areas' depending on your needs, or have one giant great room. The master bedroom has a walk-in closet & a dressing room or office to WFH away from the rest of the house. Lots of entertaining space out back with a deck & patio. Storage shed and paved driveway too, and just enough yard. Located close to the main entrance of Penn Estates, an amenity community w/pools, game room, fitness center, lakes, tennis courts, and more. Excellent location for getting everywhere & easy commute to I80/611/33. Act fast this market is moving quickly!! | **Private Remarks** | MULTIPLE OFFERS-HIGHEST & BEST DUE FRIDAY 7/17 AT MIDNIGHT. SELLER REQUIRES FLEXIBILITY OF CLOSING AND/OR POSSESSION BECAUSE THEY NEED TO FIND A HOUSE TO BUY. Appointment only - please follow showing instructions posted in documents. Seller must find a home to buy so flexible closing is appreciated. All deposits in the form of cashier's check. |

## Financial Information

| | | | |
|---|---|---|---|
| **County Assessment** | 142,980.00 | **Cnty&Muni Taxes** | 854.49 |
| **School Taxes** | 3,654.57 | **Total Taxes** | 4,509.06 |

Office Information

| | | | |
|---|---|---|---|
| Statistical DOM | 7 | List Number | PM-79140 |
| Agent Days On Market | 7 | Cumulative DOM | 7 |
| Listing Member | Lisa M. Sanderson **Lisa's Mobile:** (570) 350-9905 **Direct:** poconolisa@gmail.com **Lisa's Mobile:** (570) 350-9905 – License #: RM424705 | Listing Office | Keller Williams Real Estate - Stroudsburg **Office:** (570) 421-2890 **Fax:** (570) 421-3496 **Office Address:** 404 Park Avenue, Stroudsburg, PA 18360 USA – License #: RB067009 |
| Selling Member | Amy D Bellis **Office:** (484) 232-1822 **Cell:** (973) 945-3652 **Office E-Mail:** dacerbellis@gmail.com -- License #: RS328336 | Selling Office | Preferred Choice Realtors, LLC **Office:** (484) 232-1822 **Office Address:** 4001 Freemansburg Ave, Easton, PA 18045 **Office E-Mail:** avalon376@msn.com - - License #: RB068981 |
| Listing Date | 07/13/2020 | Actual Closed Date | 08/24/2020 |
| Under Contract Date | 07/20/2020 | Contract Close Date | 09/30/2020 |
| Status | Closed | Status Change Date | 08/30/2020 |
| Sold Price | 185,000.00 | Short Sale Status | Not Applicable |
| Listing Type | Exclusive Right To Sell | MLS Service | Full |
| SA Comm | 0.00 | SA Comm Type | % |
| BA Comm | 3.00 | BA Comm Type | % |
| TA Comm | 2.00 | TA Comm Type | % |
| Com Pd Sellers Asst | Y | Selling Bonus | N |
| Owner | Broderick L Walker & Danielle | | |

| Details | | | | | |
|---|---|---|---|---|---|
| | | Rooms/Units | Dimensions | Level | Remarks |
| **Lot Description:** | Other - See Remarks | Living Room | 14.00 x 23.00 | First | |
| **Outside Features:** | Deck; Patio; Utility Shed | Dining Room | 11.00 x 10.00 | First | |
| **Road:** | Paved; Private | Kitchen | 21.00 x 10.00 | First | |
| **Parking:** | Attached; Paved Driveway | Primary Bedroom | 13.50 x 17.50 | Second | |
| **Exterior:** | Vinyl Siding | | | | |
| **Inside Features:** | Fireplace; Laundry 1st Level; Walk in Closet | Bedroom 2 | 13.50 x 10.50 | Second | |
| **Roof:** | Fiberglass | Bedroom 3 | 12.00 x 13.50 | Second | |
| **Insulation:** | Unknown | Bonus Room | 12.00 x 14.00 | Second | Office or Dressing Room |
| **Foundation Type:** | Slab | | | | |
| **Floors:** | Hardwood; Tile; Wall to wall Carpet; Laminate | | | | |
| **Fireplace Desc.:** | Living Room; Tile Faced | | | | |
| **Eating Area:** | Eat-in Kitchen; Formal Dining Room | | | | |
| **Baths:** | 1 Bath Lev 2; 1 Lav Lev 1 | | | | |
| **Water:** | Comm Central | | | | |
| **Heating:** | Electric; Heat Pump | | | | |
| **HW Hot Water:** | Electric | | | | |
| **Cooling:** | Central AC; Electric; Heat Pump | | | | |
| **Waste:** | Comm Central | | | | |
| **Financing:** | Cash; Conventional; USDA; Federal Housing; Veterans | | | | |
| **Possession:** | See Remarks | | | | |
| **Showings:** | Appointment Only; ShowingTime | | | | |
| **Appliances:** | Clothes Washer; Dishwasher; Dryer; Elec Oven/Range; Garage Door Open; Microwave; Refrigerator; Stainless Steel | | | | |
| **Miscellaneous:** | Cert of Occ Req'd: No; HOA Fee: Y; HOA Fee/Year: 1,340; HOA Transfer Fee: Y; HOA Transfer Fee Amt: 1290; 1st Right of Refusal: Y; Zoning Code: res | | | | |
| **Type:** | Detached | | | | |
| **Style:** | Colonial | | | | |
| **Community Amenities:** | Beach(es); Clubhouse; Outdoor Pool; Road Maintenance; Security; Security-24/7 Gated; Tennis Court(s); Lake(s); Fitness Center; Playground | | | | |
| **Seller Info:** | Seller Concessions: No; Value of Concessions: 0 | | | | |
| **Sold Terms:** | Cash | | | | |

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Colleen A Weissman on Wednesday, August 11, 2021 11:34 AM.

Provided as a courtesy of
**Colleen A Weissman, CRS, CNE**
**Berkshire Hathaway Home Services Preferred Properties**
721 S State St
Clarks Summit, PA 18411
Office - (570) 604-2335
Mobile - (570) 604-2335
CCWREO@gmail.com

License #: RS285514



## Address Information

| | | | |
|---|---|---|---|
| Short Address | 214 Leland Terrace | Street Number | 214 |
| Street Name | Leland | Street Suffix | Terrace |
| City (Post Office) | East Stroudsburg | State/Province | PA |
| Zip Code | 18301 | Geo Lat | 41.034817 |
| Geo Lon | -75.247959 | | |

Listing & Location Information

| | | | |
|---|---|---|---|
| County | Monroe | Municipality/ Twnshp | Stroud Township |
| Listing Office Code | KLRW05 | Original List Price | 189,000.00 |
| List Price | 189,000.00 | Will Lease | No |
| Location/ Developmnt | Penn Estates | Tax ID Number | 17639201060169 |
| Deed Book/Page | 2411/8949 | General Zoning | Resi |
| School District | Stroudsburg Area | | |

Property Information

| | | | |
|---|---|---|---|
| Property Type | Residential | Type of Ownership | Fee Simple w/HOA |
| Book Section | Residential | Realtor.com Type | Residential - Single Family |
| Year Built | 2001 | Year Built Qualifier | Actual |
| SqFt Above Grade Fin | 1,875.00 | SqFt Below Grade Fin | 0.00 |
| SqFt Below Grade Unf | 0.00 | SqFt Above Grade Unf | 0.00 |
| Total SqFt Finished | 1,875.00 | Total SqFt. | 1,875.00 |
| Total Bed Rms | 3.00 | Total Full Baths | 2.00 |
| Total All Baths | 2.00 | Stories | 2.00 |
| Total Rms | 7.00 | Bsmt | N |
| Frpl | Y | Fam Rm | Y |
| Gar | Y | Gar #Cars | 2.00 |
| Total Acres | 0.57 | | |

Directions & Remarks

| | | | |
|---|---|---|---|
| Lot/Blk/Sec | Lot 248 | Fore | N |
| Directions | Main Gate of Penn Estates to RIGHT on Sandlewood, LEFT on Leland & Home is in the Cul-de-sac | Public Remarks | Very Well Maintained Contemporary Colonial Home Sitting in a Cul-De-Sac featuring 3 Beds, 2 Baths and Open Layout. Living Room with Cathedral Ceilings & Stone Fireplace that flows into the Dining Room that is Off the Kitchen w/Stainless Steel Appliances, Lots of Cabinet/Counter Space & Sliders to the Deck. 2 Beds & Full Bath on the Main Level with 2nd Floor Master Wing w/Large Loft, Vaulted Ceilings, Walk In Closet with Private Bath, Jetted Tub & Dual Vanity. Other Features Include 2 Car Garage, Forced Air Heat, Central AC and New Hot Water Heater. This is a Great Home Located just 10 Minutes to DWG & New Jersey! |
| Private Remarks | Roof shingles do need to be replaced, Owner is Selling the Roof in As-Is Condition. Refrigerator is Negotiable. IMPORTANT! ONLY Accepting Certified Checks for Escrow Deposits, Broker Requirements. Any offers submitted on a weekend will be presented om the next business day, all offers and questions are to be sent to jessica@galliganrealtygroup.com | | |

Financial Information

| | | | |
|---|---|---|---|
| County Assessment | 137,720.00 | Cnty&Muni Taxes | 823.05 |
| School Taxes | 3,520.12 | Total Taxes | 4,343.18 |
| Office Information | | | |
| Statistical DOM | 7 | List Number | PM-78946 |
| Agent Days On Market | 7 | Cumulative DOM | 7 |
| Listing Member | James Galligan **Mobile:** (570) 656-2235 **Fax:** (570) 421-3496 jim@galliganreal: jim@galliganrealtygroup.com -- License #: RS228072L | Listing Office | Keller Williams Real Estate - Stroudsburg **Office:** (570) 421-2890 **Fax:** (570) 421-3496 **Office Address:** 803 Main Street, Stroudsburg, PA 18360 -- License #: RO301988 |
| Selling Member | Heidi N Maturana Benites **Mobile:** (305) 781-8804 **Mobile:** (305) 781-8804 **heidi:** heidi@weichertacclaim.com -- License #: RS338560 | Selling Office | WEICHERT Realtors Acclaim - Tannersville **Office:** (570) 629-6100 **Fax #:** (570) 629-6101 **Office Address:** 2920 Route 611, Tannersville, PA 18372 **Office:** frontdesk@acclaimrealty.com -- License #: RB065120 |
| Listing Date | 07/07/2020 | Actual Closed Date | 10/22/2020 |
| Under Contract Date | 07/14/2020 | Contract Close Date | 10/01/2020 |
| Status | Closed | Status Change Date | 10/23/2020 |
| Sold Price | 196,000.00 | Short Sale Status | Not Applicable |
| Listing Type | Exclusive Right To Sell | MLS Service | Full |
| SA Comm | 0.00 | SA Comm Type | % |
| BA Comm | 3.00 | BA Comm Type | % |
| TA Comm | 0.00 | TA Comm Type | % |
| Com Pd Sellers Asst | N | Selling Bonus | N |
| Owner | Ivelisse Santiago | | |

| Details | | Rooms/Units | Dimensions | Level | Remarks |
|---|---|---|---|---|---|
| Lot Description: | Cleared; Cul-de-Sac; Wooded Lot | Living Room | 21.50 x 15.90 | First | Fireplace |
| Outside Features: | Insulated Glass; Deck; Storm Door | Dining Room | 11.20 x 11.20 | First | Sliders to Deck |
| Road: | Paved; Private | Kitchen | 11.20 x 10.60 | First | |
| Parking: | Attached; Paved Driveway | | | | |
| Exterior: | Vinyl Siding | Bedroom 2 | 11.70 x 15.00 | First | |
| Inside Features: | Cable TV; Cathedral; Contemporary; Fireplace; Laundry 1st Level; Living Room Fireplac; Loft; P Bdrm w/Bath Suite; Walk in Closet; Whirlpool - Spa | Bedroom 3 | 15.90 x 10.00 | First | |
| Roof: | Asphalt; Fiberglass; Other - See Remarks | Bathroom | 10.10 x 4.11 | First | |
| Insulation: | Insulated Window(s); Storm Door(s) | Primary Bedroom | 15.00 x 19.10 | Second | |
| Foundation Type: | Crawl Space | Primary Bathroom | 7.50 x 7.70 | Second | |
| Floors: | Vinyl; Wall to wall Carpet; Laminate | Other | 21.50 x 15.20 | Second | |
| Fireplace Desc.: | Living Room; Stone Faced | | | | |
| Eating Area: | Dining Area; Formal Dining Room; Modern Kitchen | | | | |
| Beds Description: | 2+Bed1st; 1Bed2nd; PrimarySuite 2nd | | | | |
| Baths: | 1 Bath Lev 1; 1 Bath Lev 2; Modern | | | | |
| Water: | Comm Central | | | | |
| Heating: | Electric; Heat Pump | | | | |
| HW Hot Water: | Electric | | | | |
| Cooling: | Central AC | | | | |
| Waste: | Public | | | | |
| Financing: | Cash; Conventional; Federal Housing; Veterans | | | | |
| Possession: | 46-90 Days; Settlement | | | | |
| Showings: | 24 Hour Notice; Appointment Only; ShowingTime | | | | |
| Appliances: | Clothes Washer; Dishwasher; Dryer; Elec Oven/Range; Microwave; Refrigerator; Smoke - Battery; Wash/Dry Hook Up; Other - See Remarks; Stainless Steel | | | | |
| Miscellaneous: | Cert of Occ Req'd: No; HOA Fee: Y; HOA Fee/Year: 1,340; HOA Transfer Fee: Y; HOA Transfer Fee Amt: 1240; 1st Right of Refusal: Y; Zoning Code: R-1 | | | | |
| Type: | Detached | | | | |
| Style: | Colonial; Contemporary | | | | |
| Unit Level: | Ground Floor | | | | |
| Community Amenities: | Beach(es); Outdoor Pool; Road Maintenance; Security; Security-24/7 Gated; Tennis Court(s); Lake(s); Lake Use Restriction; Nbr of Lakes: 3; Playground | | | | |
| Seller Info: | Seller Concessions: No; Value of Concessions: 0 | | | | |
| Sold Terms: | Conventional | | | | |

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Colleen A Weissman on Wednesday, August 11, 2021 11:34 AM.

Provided as a courtesy of

**Colleen A Weissman, CRS, CNE**
**Berkshire Hathaway Home Services Preferred Properties**
721 S State St
Clarks Summit, PA 18411
Office - (570) 604-2335
Mobile - (570) 604-2335
CCWREO@gmail.com

License #: RS285514



## Address Information

| | | | |
|---|---|---|---|
| **Short Address** | 258 Spicebush Dr | **Street Number** | 258 |
| **Street Name** | Spicebush | **Street Suffix** | Dr |
| **City (Post Office)** | East Stroudsburg | **State/Province** | PA |
| **Zip Code** | 18301 | **Geo Lat** | 41.043710 |
| **Geo Lon** | -75.241651 | | |

## Listing & Location Information

| | | | |
|---|---|---|---|
| **County** | Monroe | **Municipality/ Twnshp** | Stroud Township |
| **Listing Office Code** | PMRE | **Original List Price** | 229,500.00 |
| **List Price** | 229,500.00 | **Will Lease** | No |
| **Location/ Developmnt** | Penn Estates | **Tax ID Number** | 17639201197543 |
| **Deed Book/Page** | 2288/284 | **General Zoning** | Resi |
| **School District** | Stroudsburg Area | | |

## Property Information

| | | | |
|---|---|---|---|
| **Property Type** | Residential | **Type of Ownership** | Fee Simple w/HOA |
| **Book Section** | Residential | **Realtor.com Type** | Residential - Single Family |
| **Year Built** | 1999 | **Year Built Qualifier** | Estimated |
| **SqFt Above Grade Fin** | 1,963.00 | **SqFt Below Grade Fin** | 0.00 |
| **SqFt Below Grade Unf** | 0.00 | **SqFt Above Grade Unf** | 0.00 |
| **Total SqFt Finished** | 1,963.00 | **Total SqFt.** | 1,963.00 |
| **AreaSource** | Estimated | **Total Bed Rms** | 4.00 |
| **Total Full Baths** | 2.00 | **Total Half Baths** | 1.00 |
| **Total All Baths** | 3.00 | **Stories** | 1.00 |
| **Total Rms** | 8.00 | **Bsmt** | N |
| **Frpl** | Y | **Fam Rm** | N |
| **Gar** | Y | **Total Acres** | 0.35 |

## Directions & Remarks

| | | | |
|---|---|---|---|
| **Lot/Blk/Sec** | Lot 76 Sec B 1 | **Fore** | N |
| **Directions** | From Penn Estates Gate, 1st R on Greenbriar R on Pasquin, L on Spicebush. Home on L. | **Public Remarks** | Bright & Airy Colonial Home Located In Amenity Filled Penn Estates, Stroudsburg School District. Features 4 Bedrooms, 2.5 Baths, Tiled Baths. Large Living Room with Stove, Kitchen & Eat in Area with Sliders onto Back Yard with Lovely Patio Area. Mini Split System for Heating and AC and 2 Car Garage! Located Minutes Away from Shopping, Hospital, Schools & Highways! |
| **Private Remarks** | Measurements and square footage approximate. Please follow Covid-19 Safety Protocols. Appointment only. 4th Bedroom is Above Garage, access is through Master Bedroom. Sellers are Jerzy Wojciech Skiba & Ilona Warchol-Skiba | | |

## Financial Information

| | | | |
|---|---|---|---|
| **County Assessment** | 111,540.00 | **Cnty&Muni Taxes** | 666.60 |
| **School Taxes** | 2,850.96 | **Total Taxes** | 3,517.56 |

## Office Information

| | | | |
|---|---|---|---|
| **Statistical DOM** | 16 | **List Number** | PM-86084 |
| **Agent Days On Market** | 16 | **Cumulative DOM** | 16 |
| **Listing Member** | Sylwia Sacci **Office:** (570) 402-7767 **Fax:** (877) 699-4993 sylwia.sacci@pmreinc.com sylwia.sacci@pmreinc.com -- License #: RM423487 | **Listing Office** | Pocono Mountains Real Estate, Inc - Brodheadsville **Office:** (570) 402-7767 **Fax:** (877) 699-4993 **Office Address:** 105 Karl Road PO Box 1611, Brodheadsville, PA 18322 USA -- License #: RB067524 |

| | | | |
|---|---|---|---|
| **Selling Member** | Linda J Miller | **Selling Office** | Keller Williams Real Estate - West End |
| | **Mobile:** (570) 977-1985 | | **Office:** (570) 992-1010 |
| | **Mobile:** (570) 977-1985 | | **Office Address:** 705 Glen Lane, |
| | **Office E-Mail:** | | Sciota, PA 18354 |
| | lindasellspahomes@yahoo.com -- | | **Office E-Mail:** klrw519@kw.com -- |
| | License #: RS309213 | | License #: RO302109 |
| **Listing Date** | 03/30/2021 | **Actual Closed Date** | 05/28/2021 |
| **Under Contract Date** | 04/15/2021 | **Contract Close Date** | 05/28/2021 |
| **Status** | Closed | **Status Change Date** | 05/28/2021 |
| **Sold Price** | 240,000.00 | **Short Sale Status** | Not Applicable |
| **Listing Type** | Exclusive Right To Sell | **MLS Service** | Full |
| **SA Comm** | 0.00 | **SA Comm Type** | % |
| **BA Comm** | 2.75 | **BA Comm Type** | % |
| **TA Comm** | 0.00 | **TA Comm Type** | % |
| **Com Pd Sellers Asst** | N | **Selling Bonus** | N |
| **Owner** | Jerzy Wojciech Skiba & Ilona W | | |

| Details | | Rooms/Units | Dimensions | Level |
|---|---|---|---|---|
| **Lot Description:** | Flat; Inside; Wooded Lot | Living Room | 13.60 x 23.70 | Lower |
| **Outside Features:** | Insulation Unknown; Deck; Storm Door | Kitchen | 20.00 x 8.30 | Lower |
| **Road:** | Paved; Private | Dining Room | 11.40 x 10.10 | Lower |
| **Parking:** | Attached; Paved Driveway | Bedroom 3 | 13.70 x 10.11 | Upper |
| **Exterior:** | Vinyl Siding | Bedroom 2 | 13.60 x 12.20 | Upper |
| **Inside Features:** | Cable TV; P Bdrm w/Full Bath; Recreation Room; Traditional | Bathroom | 7.50 x 7.60 | Upper |
| **Roof:** | Asphalt; Fiberglass | Primary Bedroom | 13.60 x 17.60 | Upper |
| **Insulation:** | Unknown | Primary Bathroom | 8.20 x 5.60 | Upper |
| **Foundation Type:** | Crawl Space | Bedroom 4 | 17.90 x 14.10 | Upper |
| **Fndtn/Bsmt Features:** | Stone Floor | | | |
| **Floors:** | Hardwood; Tile; Laminate | | | |
| **Fireplace Desc.:** | Free Stand Stove; Living Room | | | |
| **Other Rooms:** | Other See Remarks | | | |
| **Eating Area:** | Eat-in Kitchen; Formal Dining Room | | | |
| **Beds Description:** | 2+Bed2nd; PrimarySuite 2nd | | | |
| **Baths:** | 1 Lav Lev L; 2 Bath Lev 1 | | | |
| **Water:** | Public | | | |
| **Heating:** | Baseboard; Ductless; Electric | | | |
| **HW Hot Water:** | Electric | | | |
| **Cooling:** | Ductless | | | |
| **Waste:** | Public | | | |
| **Financing:** | Cash; Conventional; USDA; Federal Housing; Veterans | | | |
| **Possession:** | Negotiable; Settlement | | | |
| **Showings:** | Appointment Only; ShowingTime | | | |
| **Appliances:** | Clothes Washer; Dishwasher; Dryer; Elec Oven/Range; Microwave; Refrigerator; Wash/Dry Hook Up; Stainless Steel | | | |
| **Miscellaneous:** | Cert of Occ Req'd: No; HOA Fee: Y; HOA Fee/Year: 1,340; HOA Transfer Fee: Y; HOA Transfer Fee Amt: 1,240; 1st Right of Refusal: Y; Zoning Code: R-1- Residential | | | |
| **Type:** | Detached | | | |
| **Style:** | Colonial | | | |
| **Community Amenities:** | Clubhouse; Outdoor Pool; Road Maintenance; Security-24/7 Gated; Tennis Court(s); Lake(s); Lake Use Restriction; Playground | | | |
| **Seller Info:** | Seller Concessions: No; Value of Concessions: 0 | | | |
| **Sold Terms:** | Conventional | | | |

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Colleen A Weissman on Wednesday, August 11, 2021 11:34 AM.

Provided as a courtesy of
**Colleen A Weissman, CRS, CNE**
**Berkshire Hathaway Home Services Preferred Properties**
721 S State St
Clarks Summit, PA 18411
Office - (570) 604-2335
Mobile - (570) 604-2335
CCWREO@gmail.com

License #: RS285514



## Address Information

| | | | |
|---|---|---|---|
| **Short Address** | 207 Park Ln | **Street Number** | 207 |
| **Street Name** | Park | **Street Suffix** | Ln |
| **City (Post Office)** | East Stroudsburg | **State/Province** | PA |
| **Zip Code** | 18301 | **Geo Lat** | 41.055978 |
| **Geo Lon** | -75.239394 | | |

## Listing & Location Information

| | | | |
|---|---|---|---|
| **County** | Monroe | **Municipality/ Twnshp** | Pocono Township |
| **Listing Office Code** | KLRW06 | **Original List Price** | 275,000.00 |
| **List Price** | 275,000.00 | **Will Lease** | No |
| **Location/ Developmnt** | Glenoak Forest | **Tax ID Number** | 12639303232949 |
| **Deed Book/Page** | 1987/600 | **General Zoning** | Resi |
| **School District** | Pocono Mountain | | |

## Property Information

| | | | |
|---|---|---|---|
| **Property Type** | Residential | **Type of Ownership** | Fee Simple w/HOA |
| **Book Section** | Residential | **Realtor.com Type** | Residential - Single Family |
| **Year Built** | 1994 | **Year Built Qualifier** | Actual |
| **SqFt Above Grade Fin** | 1,920.00 | **SqFt Below Grade Fin** | 0.00 |
| **SqFt Below Grade Unf** | 0.00 | **SqFt Above Grade Unf** | 0.00 |
| **Total SqFt Finished** | 1,920.00 | **Total SqFt.** | 1,920.00 |
| **AreaSource** | Public Records | **Total Bed Rms** | 3.00 |
| **Total Full Baths** | 2.00 | **Total Half Baths** | 1.00 |
| **Total All Baths** | 3.00 | **Stories** | 2.00 |
| **Total Rms** | 8.00 | **Bsmt** | N |
| **Frpl** | N | **Fam Rm** | Y |
| **Gar** | Y | **Gar #Cars** | 4.00 |
| **Total Acres** | 1.03 | | |

## Directions & Remarks

| | | | |
|---|---|---|---|
| **Fore** | N | **Directions** | Business 209 to Rimrock Rd which turns in to Bartonsville Ave, stay straight on Beehler Rd, right on Laurel Lake Rd, right on Cherry Lane, Rd, right on Bog Rd, right on Hallet Rd, left on Park Ln, house on left. |
| **Public Remarks** | PAINT AND NEW FLOORING IS ALL THAT IS NEEDED in this 3 bedroom, 2.5 bathroom colonial. Built in 1994, kitchen and baths are original but in good condition. 2 car attached garage and 2 car detached garage. Nice 1 acre lot in mature neighborhood. Come see! | **Private Remarks** | Estate of Joseph & Linda Desanguine. Black on walls is from kerosene heater. Electric heat works fine. Buyer must provide Pre-Approval/Proof of Funds before showings. Please use ShowingTime Icon to schedule all showings. EMD must be a certified check per broker requirements. |

## Financial Information

| | | | |
|---|---|---|---|
| **County Assessment** | 156,380.00 | **Cnty&Muni Taxes** | 842.47 |
| **School Taxes** | 3,112.74 | **Total Taxes** | 4,013.07 |

## Office Information

| | | | |
|---|---|---|---|
| **Statistical DOM** | 6 | **List Number** | PM-89519 |
| **Agent Days On Market** | 6 | **Cumulative DOM** | 6 |
| **Listing Member** | Sandi Meisse  **Other Phone:** (570) 402-8536  **Main:** sandimeisse@kw.com  **Cell Phone:** (570) 350-0310 -- License #: AB066132 | **Listing Office** | Keller Williams Real Estate - West End  **Office:** (570) 992-1010  **Office Address:** 705 Glen Lane, Sciota, PA 18354 -- License #: RO302109 |
| **Selling Member** | Anthony F Famularo  **Office:** (570) 629-6100 | **Selling Office** | WEICHERT Realtors Acclaim - Tannersville |

|  |  |  |  |
|---|---|---|---|
|  | Fax: (570) 629-6101 | | Office: (570) 629-6100 |
|  | Office E-Mail: | | Fax #: (570) 629-6101 |
|  | afamularo@weichertacclaim.com -- | | Office Address: 2920 Route 611, |
|  | License #: RS086721A | | Tannersville, PA 18372 |
|  | | | Office: |
|  | | | frontdesk@acclaimrealty.com -- |
|  | | | License #: RB065120 |

| | | | |
|---|---|---|---|
| Listing Date | 07/14/2021 | Under Contract Date | 07/20/2021 |
| Contract Close Date | 09/10/2021 | Status | Pending |
| Status Change Date | 07/20/2021 | Short Sale Status | Not Applicable |
| Listing Type | Exclusive Right To Sell | MLS Service | Full |
| Dual Variable Compensation | N | SA Comm | 0.00 |
| SA Comm Type | % | BA Comm | 3.00 |
| BA Comm Type | % | TA Comm | 0.00 |
| TA Comm Type | % | Com Pd Sellers Asst | N |
| Selling Bonus | N | Owner | Estate of Desanguine |

| Details | | Rooms/Units | Dimensions | Level | Remarks |
|---|---|---|---|---|---|
| Lot Description: | Sloped; Wooded Lot | Living Room | 14.80 x 11.90 | First | |
| Outside Features: | Deck; Porch - Screened; Utility Shed | Dining Room | 12.50 x 11.90 | First | |
| Road: | Paved; Public | Kitchen | 21.70 x 11.90 | First | |
| Parking: | Attached; Detached; Off Street Parking; Paved Driveway | | | | |
| Exterior: | Vinyl Siding | Family Room | 17.20 x 11.90 | First | |
| Inside Features: | Attic Storage; Fam Room 1st Level; Laundry 1st Level; Utility-Mud Room; Walk in Closet | Bathroom 3 | 3.90 x 4.10 | First | Half Bathroom |
| Roof: | Asphalt; Fiberglass | Other | 9.90 x 5.11 | First | Laundry/Utility Room |
| Insulation: | Unknown | | | | |
| Foundation Type: | Crawl Space | Primary Bedroom | 16.20 x 14.80 | Second | |
| Floors: | Linoleum; Vinyl; Wall to wall Carpet | Primary Bathroom | 8.00 x 4.10 | Second | |
| Eating Area: | Eat-in Kitchen; Formal Dining Room | | | | |
| Beds Description: | PrimarySuite 2nd | Other | 7.40 x 6.50 | Second | Master Walk-In Closet |
| Baths: | 1 Lav Lev 1; 2 Bath Lev 2 | | | | |
| Water: | Well | Bedroom 2 | 15.70 x 11.90 | Second | |
| Heating: | Baseboard; Electric | | | | |
| HW Hot Water: | Electric | Bedroom 3 | 15.70 x 11.90 | Second | |
| Cooling: | Ceiling Fan; Window Unit AC | | | | |
| Waste: | On-Site; Septic | Bathroom 2 | 8.00 x 4.10 | Second | |
| Financing: | Cash; Conventional; Federal Housing; Veterans | | | | |
| Possession: | Negotiable | | | | |
| Showings: | Lock Box; Vacant; ShowingTime | | | | |
| Appliances: | Clothes Washer; Dishwasher; Dryer; Elec Oven/Range; Microwave; Refrigerator; Wash/Dry Hook Up | | | | |
| Miscellaneous: | Cert of Occ Req'd: No; HOA Fee: Y; HOA Fee/Year: 100; HOA Transfer Fee: N; HOA Transfer Fee Amt: 0; 1st Right of Refusal: N; Zoning Code: R-1 | | | | |
| Type: | Detached | | | | |
| Style: | Colonial | | | | |
| Community Amenities: | Lake(s) | | | | |

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Colleen A Weissman on Wednesday, August 11, 2021 11:34 AM.

Provided as a courtesy of
**Colleen A Weissman, CRS, CNE**
**Berkshire Hathaway Home Services Preferred Properties**
721 S State St
Clarks Summit, PA 18411
Office - (570) 604-2335
Mobile - (570) 604-2335
CCWREO@gmail.com

License #: RS285514



## Address Information

| | | | |
|---|---|---|---|
| **Short Address** | 228 Glenoak Dr | **Street Number** | 228 |
| **Street Name** | Glenoak | **Street Suffix** | Dr |
| **City (Post Office)** | East Stroudsburg | **State/Province** | PA |
| **Zip Code** | 18301 | **Geo Lat** | 41.057328 |
| **Geo Lon** | -75.243308 | | |

Listing & Location Information

| | | | |
|---|---|---|---|
| **County** | Monroe | **Municipality/ Twnshp** | Pocono Township |
| **Listing Office Code** | ROPO | **Original List Price** | 349,000.00 |
| **List Price** | 299,900.00 | **Will Lease** | No |
| **Location/ Developmnt** | Glenoak Forest | **Tax ID Number** | 12639303141446 |
| **Deed Book/Page** | 2374/232 | **General Zoning** | Resi |
| **School District** | Pocono Mountain | | |

Property Information

| | | | |
|---|---|---|---|
| **Property Type** | Residential | **Type of Ownership** | Fee Simple |
| **Book Section** | Residential | **Realtor.com Type** | Residential - Single Family |
| **Year Built** | 2001 | **Year Built Qualifier** | Actual |
| **SqFt Above Grade Fin** | 1,948.00 | **SqFt Below Grade Fin** | 0.00 |
| **SqFt Below Grade Unf** | 0.00 | **SqFt Above Grade Unf** | 0.00 |
| **Total SqFt Finished** | 1,948.00 | **Total SqFt.** | 1,948.00 |
| **AreaSource** | Estimated | **Total Bed Rms** | 4.00 |
| **Total Full Baths** | 2.00 | **Total Half Baths** | 1.00 |
| **Total All Baths** | 3.00 | **Stories** | 2.00 |
| **Total Rms** | 8.00 | **Bsmt** | N |
| **Frpl** | Y | **Fam Rm** | Y |
| **Gar** | Y | **Gar #Cars** | 1.00 |
| **Total Acres** | 1.04 | | |

Directions & Remarks

| | | | |
|---|---|---|---|
| **Lot/Blk/Sec** | 117 | **Fore** | N |
| **Directions** | Cherry Lane to Right on Birchwood Road (old Birchwood resort no longer open) at end of road, turn right, then quick left on KELLER, bear right around curve, see on left side | **Private Remarks** | Submit offers to Svetlana@royalpoconorealty.com Text or call 570-260-2900 Washer and dryer, hot tub are not included in the sale. Brand new dishwasher with warranty and a smart refrigerator are included with the sale. The seller holds real estate license in PA |

Financial Information

| | | | |
|---|---|---|---|
| **County Assessment** | 130,360.00 | **Cnty&Muni Taxes** | 717.67 |
| **School Taxes** | 2,594.82 | **Total Taxes** | 3,312.49 |

Office Information

| | | | |
|---|---|---|---|
| **Statistical DOM** | 42 | **List Number** | PM-88084 |
| **Agent Days On Market** | 49 | **Cumulative DOM** | 49 |
| **Listing Member** | Svetlana Conques **Office:** (570) 260-2900 **Office E-Mail:** svetlana@royalpoconorealty.com -- License #: RS352946 | **Listing Office** | Royal Pocono Realty **Direct:** (570) 688-6722 **Office Address:** 212 N 9th St, Stroudsburg, PA 18360 USA -- License #: RB068560 |
| **Selling Member** | Yahaira Morales **Mobile:** (570) 620-5457 **Mobile:** (570) 620-5457 **Fax:** (610) 395-3133 **Office E-Mail:** yahairamoralesrealtor@gmail.com -- License #: RS334108 | **Selling Office** | Bairo Real Estate - Bartonsville **Office:** (610) 395-3334 **Fax:** (610) 395-3133 **Office Address:** 3160 Rt 611, Bartonsville, PA 18321 **Office E-Mail:** realtor8@hotmail.com -- License #: RO302202 |
| **Listing Date** | 05/31/2021 | **Under Contract Date** | 07/19/2021 |
| **Contract Close Date** | 09/03/2021 | **Status** | Pending |

| Status Change Date | 07/20/2021 | | Short Sale Status | | | Not Applicable |
| Listing Type | Exclusive Right To Sell | | MLS Service | | | Full |
| SA Comm | 3.00 | | SA Comm Type | | | % |
| BA Comm | 3.00 | | BA Comm Type | | | % |
| TA Comm | 0.00 | | TA Comm Type | | | % |
| Com Pd Sellers Asst | N | | Selling Bonus | | | N |
| Bonus Amount | 0.00 | | Owner | | | Svetlana Shvekh |

| Details | | Rooms/Units | Dimensions | Level | Remarks |
|---|---|---|---|---|---|
| Lot Description: | Cleared | Family Room | x | | |
| Outside Features: | Green House; Outside Fireplace; Deck; Patio; Pool - Above Ground; Sidewalk; Storage Building | Living Room | 12.40 x 12.40 | First | LR with a wood burning fireplace, walkout to deck |
| Road: | Paved; Public | | | | |
| Parking: | Paved Driveway | | | | |
| Exterior: | Vinyl Siding | Kitchen | 14.40 x 13.10 | First | Renovated kitchen w/ granite counter, large island |
| Inside Features: | Attic Storage; Den - Office; Fam Room 1st Level; Fam Room Fireplace; Fireplace; Kitchen Island; Laundry 1st Level; P Bdrm w/Bath Suite; Recreation Room; Sauna; Granite Counters | | | | |
| | | Family Room | 12.70 x 12.40 | First | Large open family room |
| Roof: | Asphalt; Fiberglass | | | | |
| Insulation: | Unknown | Bonus Room | 12.40 x 10.11 | First | Dining room or an office w/door |
| Foundation Type: | Crawl Space | | | | |
| Fndtn/Bsmt Features: | Heated; Stone Floor; Vapor Barrier | Bathroom | 5.20 x 6.40 | First | Half bathroom next to laundry area. |
| Floors: | Tile; Wall to wall Carpet; Bamboo | | | | |
| Fireplace Desc.: | Family Room; Stone Faced | Other | 19.90 x 13.30 | First | Finished heated garage |
| Other Rooms: | Green House; Storage Attic; Workshop | Bedroom 1 | 16.40 x 12.20 | Second | Master bedroom with 2 closets |
| Eating Area: | Eat-in Kitchen; Formal Dining Room; Modern Kitchen | | | | |
| Beds Description: | 1Bed1st; 2+Bed2nd; PrimarySuite 2nd | Primary Bathroom | 8.20 x 4.80 | Second | Master bathroom (small) shower+sink |
| Baths: | 1 Bath Lev 1; 1 Lav Lev 1; 2 Bath Lev 2 | | | | |
| Water: | Well | Bathroom 3 | 7.70 x 4.80 | Second | Full bathroom |
| Heating: | Forced Air; Heat Pump | Bedroom 2 | 10.80 x 11.10 | Second | Bedroom with 2 closets |
| HW Hot Water: | Electric | | | | |
| Cooling: | Ceiling Fan; Central AC; Heat Pump | Bedroom 3 | 11.10 x 10.80 | | Bedroom with 2 closets |
| Waste: | Septic | | | | |
| Financing: | Cash; Conventional; Veterans | Bedroom 4 | 12.40 x 10.70 | Second | Bedroom with one closet |
| Possession: | 34-45 Days | | | | |
| Showings: | ShowingTime | | | | |
| Appliances: | Dishwasher; Microwave; Refrigerator; Self Cleaning Oven; Wash/Dry Hook Up; Stainless Steel | | | | |
| Miscellaneous: | Cert of Occ Req'd: No; HOA Fee: Y; HOA Fee/Year: 100; HOA Transfer Fee: Y; HOA Transfer Fee Amt: 100; 1st Right of Refusal: N; Zoning Code: R1 | | | | |
| Type: | Detached | | | | |
| Style: | Colonial | | | | |
| Community Amenities: | Road Maintenance | | | | |

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Colleen A Weissman on Wednesday, August 11, 2021 11:34 AM.

Provided as a courtesy of
**Colleen A Weissman, CRS, CNE**
**Berkshire Hathaway Home Services Preferred Properties**
721 S State St
Clarks Summit, PA 18411
Office - (570) 604-2335
Mobile - (570) 604-2335
CCWREO@gmail.com

License #: RS285514



Address Information

| | | | |
|---|---|---|---|
| **Short Address** | 133 Summerton Cir | **Street Number** | 133 |
| **Street Name** | Summerton | **Street Suffix** | Cir |
| **City (Post Office)** | East Stroudsburg | **State/Province** | PA |
| **Zip Code** | 18301 | **Geo Lat** | 41.028047 |
| **Geo Lon** | -75.237042 | | |

Listing & Location Information

| | | | |
|---|---|---|---|
| **County** | Monroe | **Municipality/ Twnshp** | Stroud Township |
| **Listing Office Code** | KLRW | **Original List Price** | 225,000.00 |
| **List Price** | 225,000.00 | **Will Lease** | No |
| **For Rent MLS #** | N/A | **Location/ Developmnt** | Penn Estates |
| **Tax ID Number** | 17639203331885 | **Deed Book/Page** | 2056/1759 |
| **General Zoning** | Resi | **School District** | Stroudsburg Area |

Property Information

| | | | |
|---|---|---|---|
| **Property Type** | Residential | **Type of Ownership** | Fee Simple w/HOA |
| **Book Section** | Residential | **Realtor.com Type** | Residential - Single Family |
| **Year Built** | 1999 | **Year Built Qualifier** | Actual |
| **SqFt Above Grade Fin** | 1,987.00 | **SqFt Below Grade Fin** | 0.00 |
| **SqFt Below Grade Unf** | 0.00 | **SqFt Above Grade Unf** | 0.00 |
| **Total SqFt Finished** | 1,987.00 | **Total SqFt.** | 1,987.00 |
| **AreaSource** | Estimated | **Road Frontage** | 87.00 |
| **Total Bed Rms** | 3.00 | **Total Full Baths** | 2.00 |
| **Total Half Baths** | 1.00 | **Total All Baths** | 3.00 |
| **Stories** | 2.00 | **Total Rms** | 11.00 |
| **Bsmt** | N | **Frpl** | Y |
| **Fam Rm** | N | **Gar** | Y |
| **Gar #Cars** | 2.00 | **Total Acres** | 0.57 |

Directions & Remarks

| | | | |
|---|---|---|---|
| **Lot/Blk/Sec** | Lot 223 Sec C | **Fore** | N |
| **Directions** | Main gate of Penn Estates to left onto Kensington. Follow to Right onto Lakeside Drive. Then left onto Summerton Circle. Property on left. | **Private Remarks** | Property being sold as-is. Square footage is approximate. Leak in utility room has been rectified. |

Financial Information

| | | | |
|---|---|---|---|
| **County Assessment** | 126,070.00 | **Cnty&Muni Taxes** | 732.13 |
| **School Taxes** | 3,354.34 | **Total Taxes** | 4,107.78 |

Office Information

| | | | |
|---|---|---|---|
| **Statistical DOM** | 5 | **List Number** | PM-89472 |
| **Agent Days On Market** | 5 | **Cumulative DOM** | 5 |
| **Listing Member** | Alex V Camaerei<br>**Mobile:** (570) 350-2582<br>**Fax:** (570) 421-3496<br>**Office:** acamaerei@kw.com<br>**Mobile:** (570) 350-2582 -- License #: AB068180 | **Listing Office** | Keller Williams Real Estate - Stroudsburg<br>**Office:** (570) 421-2890<br>**Fax:** (570) 421-3496<br>**Office Address:** 404 Park Avenue, Stroudsburg, PA 18360 USA -- License #: RB067009 |
| **Selling Member** | Alex V Camaerei<br>**Mobile:** (570) 350-2582<br>**Mobile:** (570) 350-2582<br>**Fax:** (570) 421-3496<br>**Office:** acamaerei@kw.com -- License #: AB068180 | **Selling Office** | Keller Williams Real Estate - Stroudsburg<br>**Office:** (570) 421-2890<br>**Fax:** (570) 421-3496<br>**Office Address:** 404 Park Avenue, Stroudsburg, PA 18360 USA<br>**Office E-Mail:** klrw519@kw.com -- License #: RB067009 |
| **Listing Date** | 07/08/2021 | **Under Contract Date** | 07/13/2021 |

| | | | |
|---|---|---|---|
| Contract Close Date | 01/08/2022 | Status | Pending |
| Status Change Date | 07/13/2021 | Short Sale Status | Not Applicable |
| Listing Type | Exclusive Right To Sell | MLS Service | Full |
| Dual Variable Compensation | N | SA Comm | 0.00 |
| SA Comm Type | % | BA Comm | 3.00 |
| BA Comm Type | % | TA Comm | 2.50 |
| TA Comm Type | % | Com Pd Sellers Asst | N |
| Selling Bonus | N | Owner | Gloria King |

| Details | | Rooms/Units | Dimensions | Level | Remarks |
|---|---|---|---|---|---|
| Lot Description: | Other - See Remarks | Kitchen | 13.80 x 19.40 | First | eat in kitchen |
| Outside Features: | Deck; Porch | Dining Room | 12.00 x 11.00 | First | |
| Road: | Paved; Private | Living Room | 19.10 x 14.00 | First | fireplace |
| Parking: | Attached; Off Street Parking; Paved Driveway | | | | |
| Exterior: | Vinyl Siding | Bathroom | 7.00 x 4.90 | First | half bath |
| Inside Features: | Center Hall Foyer; Fireplace; Living Room Fireplac; P Bdrm w/Bath Suite; Traditional; Walk in Closet; Whirlpool - Spa; Jack and Jill Bath | Other | 6.00 x 4.90 | First | Laundry Room |
| | | Primary Bedroom | 13.50 x 15.30 | Second | walk in closet |
| Roof: | Asphalt; Fiberglass | | | | |
| Insulation: | Unknown | Primary Bathroom | 8.20 x 8.00 | Second | double sink/jacuzzi |
| Foundation Type: | Crawl Space | | | | |
| Floors: | Vinyl; Wall to wall Carpet | Bedroom 2 | 11.80 x 9.80 | Second | |
| Fireplace Desc.: | Brick Faced; Gas | Bathroom 3 | 10.00 x 4.11 | Second | Jack & Jill |
| Other Rooms: | Other See Remarks | Bedroom 3 | 15.30 x 10.11 | Second | |
| Eating Area: | Dining Area; Eat-in Kitchen; Other - See Remarks | | | | |
| Beds Description: | 2+Bed2nd | Other | 9.40 x 5.11 | First | utility room |
| Baths: | 1 Lav Lev 1; 2 Bath Lev 2 | | | | |
| Water: | Comm Central | | | | |
| Heating: | Baseboard; Hot Water; Oil | | | | |
| HW Hot Water: | Oil | | | | |
| Cooling: | None | | | | |
| Waste: | Comm Central | | | | |
| Financing: | Cash; Conventional | | | | |
| Possession: | Immediate | | | | |
| Showings: | ShowingTime | | | | |
| Appliances: | Clothes Washer; Dryer; Elec Oven/Range; Refrigerator; Wash/Dry Hook Up | | | | |
| Miscellaneous: | Amperage: 200; Cert of Occ Req'd: No; HOA Fee: Y; HOA Fee/Year: 1,350; HOA Transfer Fee: Y; HOA Transfer Fee Amt: 1350; 1st Right of Refusal: N; Zoning Code: R-1 | | | | |
| Type: | Detached | | | | |
| Style: | Colonial; Traditional | | | | |
| Community Amenities: | Clubhouse; Outdoor Pool; Road Maintenance; Security; Security-24/7 Gated; Tennis Court(s); Lake(s); Fitness Center; Playground | | | | |

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Colleen A Weissman on Wednesday, August 11, 2021 11:34 AM.