UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTHA LUISA ALMANZA : Case No. 5-21-bk-01362
    Debtor : Chapter: 7

MARTHA LUISA ALMANZA :
    Movant :
:
v. :
:
AMOS FINANCIAL, LLC and :
JOHN J. MARTIN, TRUSTEE :
    Respondents :

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Amos Financial, LLC, (hereinafter referred to as "the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at: (1) 205 Spicebush Drive, East Stroudsburg, Pennsylvania; demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or

conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property.

          Respectfully Submitted:

          BOWE & ODORIZZI LAW, LLC

          BY: /s/ Erik M. Helbing
                Anthony S. Odorizzi, Esq.
                I.D. No. 82104
                Erik M. Helbing, Esq.
                ID No. 203832
                109 W. Broad Street
                Tamaqua, PA  18252
                (570) 688-1241