UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:21-bk-01362 |
| MARTHA LUISA ALMANZA, | : | CHAPTER 7 |
| a/k/a MARTHA L. ALMANZA, | : | |
| a/k/a MARTHA ALMANZA, | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| MARTHA LUISA ALMANZA, | : | MOTION TO AVOID JUDGMENT LIEN |
| Movant | : | |
| v. | : | |
| AMOS FINANCIAL, LLC and | : | |
| JOHN J. MARTIN, TRUSTEE | : | |
| Respondents | : | |

## WITHDRAWAL OF MOTION TO AVOID JUDGMENT
## ON BEHALF OF DEBTOR MARTHA LUISA ALMANZA

AND NOW COMES Movant, Martha Luisa Almanza, by and through her attorneys, and withdraws the Motion to Avoid Judgment filed on July 21, 2021.

                                                 **NEWMAN WILLIAMS, P.C.**

                                   By: /s/ Robert J. Kidwell
                                         Robert J. Kidwell, Esquire
                                         Attorney for Debtors
                                         PO Box 511, 712 Monroe Street
                                         Stroudsburg, PA 18360
                                         (570) 421-9090; fax (570) 424-9739
                                         rkidwell@newmanwilliams.com